| |
|:---:|
| **Wright v City of New York** |
| 2026 NY Slip Op 30782(U) |
| March 9, 2026 |
| Supreme Court, New York County |
| Docket Number: Index No. 154194/2022 |
| Judge: Ilana J. Marcus |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

This decision has been published at
2026 NY Slip Op 50294(U).